**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DONAWA, </br></br>　　　　　　Plaintiff, </br></br>　　　v. </br></br>OFFICER MIA, et al., </br></br>　　　　　　Defendants. | NO. EDCV 12-0213 DOC (SS) </br></br>**ORDER ACCEPTING FINDINGS,** </br>**CONCLUSIONS AND RECOMMENDATIONS** </br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　The Court has construed Plaintiff's Objections to the Magistrate Judge's original Report and Recommendation as notice of Plaintiff's

intent to stand on the defective First Amended Complaint.  Accordingly, IT IS ORDERED THAT:

    1.  Plaintiff's claims against Defendants Norwood, Brown and the American Federation of Government Employees are DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

    2.  Plaintiff's claims against Defendant Mia are DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), with the exception of Plaintiff's claim for excessive force.  This action may proceed only on the First Amended Complaint's excessive force claim against Defendant Mia in her individual capacity.

    3.  At page 13 of the Report, the citation to <u>Meachum v. Fano</u> is amended as follows:

    <u>Meachum v. Fano</u>, 427 U.S. 215, 224-225, 96 S. Ct. 2532, 49 L. Ed. 2d 451 (1976) (concluding that a prisoner has no liberty interest in which prison he is housed).

    The Clerk shall serve copies of this Order by United States mail on Plaintiff at his current address of record.

DATED:  January 15, 2013

                                                     */s/ David O. Carter*
                                                     DAVID O. CARTER
                                                     UNITED STATES DISTRICT JUDGE