**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DONAWA, | Case No. EDCV 12-0213 DOC (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OFFICER MAI, | |
| Defendant.[1] | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  August 12, 2014

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[1] Officer Lisa Mai was erroneously sued as Officer Mia.  The Court adopts the correct spelling of Ms. Mai's last name.